February 28, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ARLINGTON HOME, INC., Appellant

NO. 14-10-01000-CV                    V.

PEAK ENVIRONMENTAL CONSULTANTS, INC. D/B/A LIVE OAK
ENVIRONMENTLA CONSULTANTS AND SANDION, LTD, D/B/A COLDWELL
BANKER UNITED REALTORS, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, PEAK
ENVIRONMENTAL CONSULTANTS, INC. D/B/A LIVE OAK ENVIRONMENTAL
CONSULTANTS AND SANDION, LTD, D/B/A COLDWELL BANKER UNITED
REALTORS, signed October 4, 2010, was heard on the transcript of the record.  We have
inspected the record and find the trial court erred in awarding attorney's fees.  We
therefore order that the portions of the judgment that award attorney's fees are
**REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with
this court's opinion.

Further, we find no error in the remainder of the judgment and order it
**AFFIRMED**.

We order the parties to bear their own costs incurred in this appeal.  We further
order this decision certified below for observance.